Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SELIGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC., a Delaware Corporation, d/b/a "BuzzFeedNews.com"; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR**:<br><br>1. COPYRIGHT INFRINGEMENT<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>3. VIOLATIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT (17 U.S.C. §1202)<br><br>**JURY TRIAL DEMANDED** |

MARK SELIGER, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff MARK SELIGER ("SELIGER") is an individual residing in the New York, New York.

5. Plaintiff is informed and believes and thereon alleges that Defendant BUZZFEED, Inc. ("BUZZFEED") is a Delaware Corporation with a principal office at 608 Main St., Venice, California, 90291, does business in and with the state of California and this District, and is the owner of the website at www.buzzfeed.com.

6. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.   Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPHY

1.   SELIGER is an accomplished and critically acclaimed photographer. His works have appeared in *Rolling Stone, GQ, Vogue,* and *Vanity Fair* and he has authored numerous albums covers, books, and short films. He has also created photography in collaboration with global brands like Netflix, Levi's, and Ralph Lauren. He has won numerous awards, including the Clio Grand Prix and the Cannes Lions Grand Prix, and his works are part of the permanent collection of the National Portrait Gallery at the Smithsonian Institution in Washington, D.C., the Museum of Fine Arts in Houston, and the National Portrait Gallery in London.

2.   SELIGER owns and created original photography (the "Subject Photography") that was registered with the United States Copyright Office. Plaintiff is the sole owner of the exclusive rights in the Subject Photography, which is depicted in **Exhibit A**.

3.   Plaintiff is informed and believes and thereon alleges that following his publication and display of the Subject Photography, BUZZFEED INC, DOE Defendants, and each of them used the Subject Photography without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.buzzfeed.com.

4.   Images of the Subject Photography and screen captures of Defendant's website with the Subject Photography embedded are set forth in **Exhibit B** ("Infringing Content").

5.   Defendants, and each of them, have willfully copied, reproduced, displayed, and distributed the Infringing Content for financial benefit and without Plaintiff's consent, as seen in the screen captures and/or URLs depicted in **Exhibit B** hereto.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

6.   Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

7.   Plaintiff alleges on information and belief that Defendants, and each of them, accessed the Subject Photography by without limitation, viewing the Subject Photography on Plaintiff's website or social media profiles, on other sites online, or in physical publications. The identicality of the copying also show access.

8.   Plaintiff alleges on information and belief that Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Photography online at and on websites bearing the URL(s) depicted in **Exhibit B** hereto.

9.   Plaintiff alleges on information and belief that Defendants, and each of them, infringed Plaintiff's copyrights by creating infringing derivative works from the Subject Photography and publishing same to the public.

10. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

11. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photography. As such, Plaintiff is entitled to disgorgement of Defendants'

profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Photography in an amount to be established at trial.

12. Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

13. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

14. Plaintiff alleges on information and belief that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Photography as alleged hereinabove. Such conduct included, without limitation, publishing photographs obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Content on affiliate, third-party, and social media sites; and distributing the Infringing Content to third-parties for further publication.

15. Plaintiff alleges on information and belief that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants, and each of them, received revenue in connection with the Infringing Content, and were able to supervise the distribution, broadcast, and publication of said content.

16. By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered general and special damages in an amount to be established at trial.

17. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photography. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of their rights in the Subject Photography, in an amount to be established at trial.

18. Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## THIRD CLAIM FOR RELIEF

(For Violations of the 17 U.S.C. §1202 – Against all Defendants, and Each)

19. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

20. The Subject Photography was routinely published with attribution, credit, and other copyright management information identifying Plaintiff as the author,

21. Plaintiff alleges on information and belief that Defendants, and each of them, removed Plaintiff's copyright management information, as described above, from the Subject Photography, and/or added false copyright management information to the Subject Photography, before distributing and publishing same.

22. Plaintiff alleges on information and belief that Defendants, and each of them, distributed and published the Subject Photography via websites bearing the

6
COMPLAINT

URL(s) depicted in **Exhibit B** hereto, under its own name, and removing Plaintiff's attribution information, including without limitation his name and/or metadata.

23. The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. § 1202(c) and is false.

24. When Defendants distributed and published the Subject Photography, they knowingly provided and/or distributed false copyright management information in violation of 17 U.S.C. § 1202(a). As a result of the foregoing, Plaintiff has been damaged and may recover those damages as well as Defendants' profits, and/or statutory damages, and attorneys' fees under 17 U.S.C. § 1203.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

**Against all Defendants, and Each, with Respect to Each Claim for Relief:**

That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Photography, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photography from any print, web, or other publication owned, operated, or controlled by any Defendant.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504 and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 505 and/or §1203;

d. That Plaintiff be awarded his costs and fees;

e. That Plaintiff be awarded statutory and enhanced damages;

f. That Plaintiff be awarded pre-judgment interest as allowed by law; and

h. That Plaintiff be awarded further legal and equitable relief as deemed proper.

**Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.**

Dated: February 22, 2022          By: _____

Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER/BURROUGHS
Attorneys for Plaintiff

8
COMPLAINT

| **EXHIBIT A** | **EXHIBIT B** |
|---|---|
|  | https://img.buzzfeed.com/buzzfeed-static/static/2019-02/25/13/tmp/bu      10/27/2020<br>zzfeed-prod-web-02/tmp-name-2-15400-1551121139-7_dblbig.jpg?output-format=au<br>to&output-quality=90<br><br>https://img.buzzfeed.com/buzzfeed-static/static/2019-02/25/13/tmp/bu      10/27/2020<br>zzfeed-prod-web-02/tmp-name-2-15400-1551121139-7_dblbig.jpg?downsize=715:*&<br>output-format=auto&output-quality=auto&output-format=auto&output-quality=auto<br><br>https://www.buzzfeed.com/tag/bj-novak                              10/27/2020<br> Mindy Kaling And BJ Novak Went To The Vanity Fair Oscars Party Together Again And I'm Not Well<br>Soup snakes forever!<br>Jen Abidor<br> You Might Be A Fan Of These Celebrities, |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





https://www.buzzfeed.com    10/27/2020
/tag/selma-blair

Selm
Since
"Glorio
Jen



https://img.buzzfeed.com/bu    10/27/2020
zzfeed-static/static/2019-02/25/13/campai
gn_images/buzzfeed-prod-web-04/selma-b
lair-rocked-her-first-red-carpet-since-her-
2-18541-1551118797-2_dblbig.jpg?output-f
ormat=auto&output-quality=auto&resize=3
00:*;



https://pbs.twimg.com/media/DOOlKLyX0AAu8_f.jpg                    10/27/2020

12
COMPLAINT









https://web.archive.org/web/20180806125742if_/https://www.buzzfeed.com/marcusjones/evangeli   10/29/2020
ne-lilly-acerca-de-grabar-escenas-semidesn-9nox?utm_term=.axBRglYE1#.fs7AkqE1o

Lilly añade que sintió que la historia de Kate en la serie perdió
autonomía, al ponerla en medio de un triángulo amoroso entre
Jack (Matthew Fox) y Sawyer (Josh Holloway).

*Mark Seliger / Vanity Fair*

[f Compartir]   [📌 Pin]

https://img.buzzfeed.com/buzzfeed-static/static/   10/27/2020
2018-08/2/20/asset/buzzfeed-prod-web-06/sub-buzz-4422-15
33255407-1.jpg?output-quality=auto&output-format=auto&dow
nsize=640:*





*Mark Seliger / Vanity Fair*

"I felt like my character went from being autonomous, really having her own

https://www.buzzfeednews.com/article/marcusjones/evangeline-lilly-lost-partially-nude-scenes

https://www.buzzfeed.com/keijiroabe/are-these-more-bouba-or-kiki-17wk    10/26/2020
b

**5. Are these sexy Bill Murrays more "Bouba" or "Kiki"?**





 

transformer-ivan.net





Mad men

Via AMC

https://img.buzzfeed.com/buzzfeed-static/static/2017-09/12/12/enhanced/buzzfeed-prod-fastlane-01/enhanced-buzz-14985-1505234247-8.jpg    01/06/2021



https://img.buzzfeed.com/buzzfeed-static/static/2015-04/23/20/enhanced/webdr15/enhanced-buzz-22075-1429833618-6.jpg?downsize=300:*&output-format=auto&output-quality=auto    10/27/2020



https://www.buzzfeed.com/vivibxx    03/05/2021

## Published Posts

Show:  ○ Top Posts  ● All Posts

**Build The Perfect Birthday Cake And We'll Reveal Which Gossip Girl Character Your Most Like**
XOXO
Jul 14, 2018, 4:59 AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







https://img.buzzfeed-    10/27/2020
static/static/2017-11/30/14/asset/buzzfeed-prod-fa
stlane-01/sub-buzz-17186-1512071700-1.png?outp
ut-quality=auto&output-format=auto&downsize=3
60:*

htt    10/27/2020
ps://img.buzzfee
d.com/buzzfeed
-static/static/ca
mpaign_images/
web03/2011/6/5/
8/kristen-stewar
t-and-robert-pat
tinson-on-the-v
erge-14144-130
7275938-11.jpg



21
COMPLAINT





## More from BuzzFeed







COMPLAINT



https://www.buzzfeed.com/briangali   01/06/2021
ndo/pop-culture-moments-from-march-2008-tha
tll-make-you-say

**24 Pop Culture Moments From January 2010 That Made Me Say, "Oh Wow, Can't Believe That Was 10 Years Ago"**



15. John Mayer did an interview with Rolling Stone where he confessed to still thinking about his breakup with Jennifer Aniston.



https://www.buzzfeed.com/briangalindo/24-pop-culture-moments-from-jan   01/06/2021
uary-2010-that-made-me-say

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



https://www.buzzfeed.com/iramadison/a-definitive-ranking-of-black-us-presidents-by-sexiness     01/06/2021

I mean, what other black U.S. President has been a cover model?





https://img.buzzfeed.com/buzzfeed-static/static/     10/27/2020
2015-08/21/18/enhanced/webdr10/original-grid-image-5683-1
440194436-12.jpg?crop=864:1307;48,0

22
23
24
25
26
27
28

26
COMPLAINT

1

2



https://web.archive.org/web/20131207005429/http://www.buzzfeed.com/s   10/29/2020
pencerallhouse/3-minutes-that-prove-how-the-media-failed-women-in-2013?bftw

In general, 2013 was a great year for women in the media.

3

4

5

6

7

8

9

10

11

12

13

14

15



https://www.buzzfeed.com/bricesander/the-abcs-of-mens-fashion          01/06/2021

16

### *M* is for Magazines

17



18

*Details / Via dailymalemodels.com*

19

  

20

21

**DO**: Get a subscription to at least one men's fashion or lifestyle magazine.
There's Details, GQ, Esquire, even Men's Health does fashion. Getting a
glossy once a month will help inspire you to try out new looks and shop
your own wardrobe. You might get an idea of how to wear something you
already own in a different way.

22

23

24

25

26

27

28











28
COMPLAINT









https://web.archive.org/web/20150709013857/https://www.buzzfeed.com/kristinharris/jake-gyllenhaals-details-cover-will-make-you-we   10/29/2020
ep#.nIXaZ50gD

**He looks great walking with his hands in his pockets.**

https://web.archive.org/web/20150709013857/https://www.buzzfeed.com/kristinharris/jake-gyllenhaals-details-cover-will-make-you-we   10/29/2020
ep#.nIXaZ50gD

**He looks great walking with his hands out of his pockets.**





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



32
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







https://www.buzzfeed.com/mx/bibibarud/chris-pratt-solterito

**Not just because it's RIDICULARLY BEAUTIFUL ...**

*PrattPrattPratt / Via instagram.com*



https://img.buzzfeed.com/buzzfeed-static/static/2017-08/     10/27/2020
7/14/asset/buzzfeed-prod-fastlane-03/sub-buzz-16435-1502132218-8.
png











38
COMPLAINT

https://www.buzzfeed.com/eleanorbate/celebs-first-vogue-covers

**14. Priyanka Chopra**



*Vogue India*



**First cover:** October 2007

**Most recent cover:** October 2017

Priyanka was on the first ever cover of *Vogue*'s Indian edition all the way back in 2007, and has since graced the cover eight more times, including for the magazine's tenth anniversary back in October last year.



https://www.buzzfeed.com/tag/mindy_project                    10/26/2020

☰ **BuzzFeed**

⚡ "Among Us"    Moon's Wet 🌙    Halloween    Please Just Vote

# Mindy Project



**10 Shows To Fill Your Romantic Comedy Craving This Summer**

Just in case you need a summer fling with your TV.

👤 Alanna Bennett



**Here's 22 Heartwarming And Painful Pictures For Everyone Who Ships Mindy Kaling And B.J. Novak**

Soup snakes 5eva.

👤 Sonia Mariam Thomas





10. Red Hot Chili Peppers, Los Angeles, 1992.



10. Red Hot Chili Peppers, Los Angeles, 1992.




https://img.buzzfeed.com/buzzfee      10/23/2020
d-static/static/campaign_images/crondr01/2013/
6/21/19/these-celebrity-pin-ups-are-the-bees-kn
ees-i-te-1-3815-1371855914-64_big.jpg?output-f
ormat=auto&output-quality=auto&resize=320:*




https://www.buzzfeednews.com/author/amy
grindhouse?start_id=387861&start_from=12
71682379